DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bayview Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NV WEST SERVICING, LLC TRUSTEE OF COPPER PINE TRUST # 12,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, a Florida limited liability company,<br><br>Defendant. | Case No.: 2:19-cv-00188-RFB-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed: November 9, 2018 |

Pursuant to Local Civil rule 6-1(a), Defendant Bayview Loan Servicing, LLC ("Bayview"), by and through its attorneys of record, and Plaintiff NV West Servicing, LLC Trustee of Copper Pine Trust # 12 ("Plaintiff"), by and through its attorneys of record, hereby stipulate to an extension through February 28, 2019, for Defendant to respond to Plaintiff's Complaint. In support, the Parties state as follows:

## **RECITALS**

WHEREAS, Plaintiff filed the Complaint on November 9, 2018 (Doc. 1-1);

WHEREAS, on January 31, 2019, Bayview removed this matter to this Court, (Doc. 1), and Defendant's response to the Complaint is currently due on February 8, 2019;

WHEREAS, Defendants need additional time to respond to the Complaint, and accordingly, request a brief extension through February 28, 2019, in which to respond;

WHEREAS, Plaintiff consented to this brief extension via email to Defendant's counsel;

47782033;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

WHEREAS, this stipulation is made in good faith and not for purposes of delaying the ultimate resolution of this case, and the parties will not be prejudiced by this request for extension of time.

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, that the deadline for Defendant to file its response to Plaintiff's Complaint shall be extended up to and including February 28, 2019.

IT IS SO STIPULATED.

DATED this February 8, 2019.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ William S. Habdas*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant Bank of America, N.A.* | */s/ Michael F. Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorney for Plaintiff NV West Servicing, LLC Trustee of Copper Pine Trust # 12* |

## **ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:19-cv-00188-RFB-CWH

DATED: February 12, 2019

47782033;1