DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NV WEST SERVICING, LLC TRUSTEE OF COPPER PINE TRUST # 12,<br><br>Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A.<br><br>Defendant. | Case No.: 2:19-cv-00188-RFB-CWH<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM** |
| BANK OF AMERICA, N.A.,<br><br>Counter-Claimant,<br>v.<br><br>NV WEST SERVICING, LLC TRUSTEE OF COPPER PINE TRUST # 12,<br><br>Counter-Defendant. | |

Pursuant to Local Civil rule 6-1(a), Defendant/Counter-Claimant Bank of America, N.A. ("BANA"), by and through its attorneys of record, and Plaintiff/Counter-Defendant NV West Servicing, LLC Trustee of Copper Pine Trust # 12 ("NV West"), by and through its attorneys of record, hereby stipulate to an extension through April 17, 2019, for Defendant to respond to Plaintiff's Motion to Dismiss Counterclaim. In support, the Parties state as follows:

///

///

48468967;1

WHEREAS, Plaintiff/Counter-Defendant NV West filed the Motion to Dismiss on March 20, 2019 (Doc. 15), and the response to the Motion is currently due on April 3, 2019;

**WHEREAS**, Defendant/Counter-Claimant BANA needs additional time to respond to the Motion to Dismiss, and accordingly, request a brief extension through April 17, 2019, in which to respond;

**WHEREAS**, Plaintiff consented to this brief extension via email to Defendant's counsel;

**WHEREAS**, this stipulation is made in good faith and not for purposes of delaying the ultimate resolution of this case, and the parties will not be prejudiced by this request for extension of time.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties hereto, that the deadline for Defendant/Counter-Claimant to file its response to Plaintiff/Counter-Defendant's Motion to Dismiss shall be extended up to and including April 17, 2019.

DATED this April 1, 2019.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ William S. Habdas* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Defendant Bank of America, N.A.* | */s/Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No.: 1641 <br> 2260 Corporate Circle, Suite 480 <br> Henderson, NV 89074 <br> *Attorney for Plaintiff NV West Servicing, LLC Trustee of Copper Pine Trust # 12* |

**IT IS SO ORDERED.**

Dated: April 2, 2019

_____
The Honorable Richard F. Boulware, II
United States District Court for the District of Nevada
Case No.: 2:19-cv-00188-RFB-CWH