ARIEL E. STERN, ESQ.
Nevada Bar No. 7276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NV WEST SERVICING, LLC TRUSTEE OF COPPER PINE TRUST # 12,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant.<br><hr>BANK OF AMERICA, N.A.,<br><br>Counter-Claimant,<br><br>v.<br><br>NV WEST SERVICING, LLC TRUSTEE OF COPPER PINE TRUST # 12,<br><br>Counter-Defendant. | Case No.: 2:19-cv-00188-RFB-DJA<br><br>**STIPULATION AND ORDER LIFTING THE STAY AND SETTING A DISPOSITIVE MOTIONS DEADLINE**<br><br>**(FIRST REQUEST)** |

Defendant/Counter-Claimant Bank of America, N.A. (**BANA**) and Plaintiff/Counter-Defendant NV West Servicing, LLC Trustee of Copper Pine Trust # 12 (**NV West**), by and through their respective counsel of record, stipulate as follows:

…

…

62505850;1

1.     On March 17, 2021, this court stayed this case and denied all pending motions without prejudice pending the resolution of the Nevada Supreme Court's certified question in *U.S. Bank, N.A., as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC4 v. Thunder Properties, Inc., et al.*, Case No. 81129 [ECF No. 43]. The court directed the parties to file summary judgment motions with permission to incorporate by reference their previous summary judgment motions once the Nevada Supreme Court issued its decision. *Id.*

2.     The Nevada Supreme Court answered the certified question on February 3, 2022. *U.S. Bank, N.A. v. Thunder Props., Inc.*, No. 81129 (Nev. Feb. 3, 2022).

3.     Now that the decision has issued, the parties and stipulate that they shall have thirty (30) days, up to and including April 6, 2022, to file their renewed summary judgment motions. The parties require additional time to outline their respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

…

…

…

…

…

…

…

…

…

…

…

…

…

…

2

4. This is the parties' first request for an extension of this deadline following the stay, and is not intended to cause any delay or prejudice to any party.

DATED: March 7, 2022.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ Melanie D. Morgan* <br> ARIEL E. STERN ESQ. <br> Nevada Bar No. 8276 <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> LILITH V. XARA, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> 2260 Corporate Circle, Suite 480 <br> Henderson, Nevada 89074 <br><br> *Attorney for NV West Servicing, LLC Trustee of Copper Pine Trust # 12* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Case No. 2:19-cv-00188-RFB-DJA

DATED: March 9, 2022

3

62505850;1