SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
DONNA M. WITIIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NV WEST SERVICING, LLC TRUSTEE OF COPPER PINE TRUST # 12, <br><br>            Plaintff, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br>            Defendant. | Case No.: 2:19-CV-00188-CDS-DJA <br><br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| BANK OF AMERICA, N.A., <br><br>            Counter-Claimant, <br><br> v. <br><br> NV WEST SERVICING, LLC TRUSTEE OF COPPER PINE TRUST # 12, <br><br>            Counter-Defendant. | |

      Bank of America, N.A., provides notice that Lilith V. Xara is no longer associated with the law firm of Akerman LLP.

. . .

. . .

50174155;1

Akerman LLP continues to serve as counsel for Bank of America, N.A.  All, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Scott D. Lachman, Esq. and Donna M. Wittig, Esq.

DATED February 2nd, 2024.

AKERMAN LLP

/s/ Donna M. Wittig
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite. 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED.

DATED: 2/5/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE